SCWC-12-0001024


IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

HOVEY B. LAMBERT, TRUSTEE UNDER THAT HOVEY B. LAMBERT TRUST, an unrecorded Revocable Living Trust Agreement dated April 5, 2002, Respondent and Petitioner/Plaintiff-Appellee,

vs.

WAHA (k); PAHUPU (k); RAHELA KANIU; GEORGE KAKELAKA LUA; CLARENCE LUA; ROSE DAVIDSON LUA; GEORGE LUA; ARDYS LUA; KENNETH LUA; ELLEN LUA; DELARINE TEENEY, also known as DELIRINE GALLAGHER; VIOLET LUA, also known as VIOLET OHUMUKINI; ARTHUR OHUMUKINI; MELODY OHUMUKINI; SIMEON LUA, also known as SIMEON LANI LUA; MAKAHIWA K. LUA, JR.; DAWN K.T. WASSON; JOANNA THOMPSON; HOWARD LUA, also known as HOWARD KEAWE LUA; TONI-SUE LUA; JEREMY K. LUA; JOEL LUA; JENILYNNE LUA LONGI; PATRICIA MALIA LUA MATAGI; GRAYCE DEAN; GERALDINE ROBERTS; VICKIE PILI; FALEMA'O PILI; JAMES LUA; PAULINE THORNTON, also known as PAULINE LUA; ROBERT LUA; JANICE L. KAI; JEAN P. CARSON; LAURENCE LUA; MARGO HOWLETT; ETUATE FA, also known as EDWARD FA; JOELENE FA; MARIA LUA KAMAI, also known as MARAEA KAMAE; LEONARD LUA; LORRAINE LUA; LEONARD R. LUA, JR.; EVELYN MAKAVECKAS; HENRY KAMAE, JR.; KANE KAMAE; KENNETH KAMAE; KLENNMEYER KAMAE, SR.; HARRIET KAMAE; KAY-VOLA SHANNON; KWEN-LYNN BRANDOW; CRAIG T. BRANDOW; HAZEL LUA NEMOTO; LAWRENCE NAOKI NEMOTO; LARYNELL NEMOTO-HUSEMANN, also known as GIGI GALDONES; TYRONE GALDONES; HEIDI K. KELEOPAA; KIANA N.H. JODELL; DAWNE BALDERSON, also known as DONNA SMITH; MAUREEN HARDIN; JOEL K. LUA; CYNTHIA LUA;

SAMUEL LUA, also known as SAMUEL MASAO LUA; CAROLYN LUA; ROBERT E. MASSEY; DANIEL L. MASSEY; CAROL L. MASSEY; ROBIN ING; AMY DRUMMUNDO; MAILE VANAMAN, also known as MAILILEI VANAMAN; GEORGE LUA, also known as GEORGE POOKELA LUA; KALLEN LUA; INGRED MAILE; STRAIDE LUA; LANELL LUA; WARREN LUA; ROSE KOLUANA LUA; THELMA LUA, also known as THELMA WHITE, also known as LANI WHITE; PROPERTY RESERVE, INC.; ANA TEKIATA FINAU; LUCY LEIAHOLA GIRELLI; GEORGE NEHEMIA NIHIPALI, JR.; ROSEMARY MONTANO; COLLEEN CARRIER; JEFFREY LUA; HARMONY ELAM; ELIZABETH BAL; HYRUM K. YEE POONG; MARGARET-ANN LUA; MARIAN KAPANUI; ANNETTE LAMM; SAFFIRE MAKAENA; ERICA MASSEY; JUANITA KAHANU POST; KEINARD HANS POST; KEINARD K. POST; WALTER SHANNON; GEORGE SHANNON; KATHLEEN SHANNON; DEPARTMENT OF TAXATION OF STATE OF HAWAII; UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE; DEPARTMENT OF PLANNING AND PERMITTING, CITY AND COUNTY OF HONOLULU; CHILD SUPPORT ENFORCEMENT AGENCY OF STATE OF HAWAII; HAWAII PACIFIC FEDERAL CREDIT UNION, Respondents/Defendants-Appellees,

and

LESIELI TEISINA, Petitioner and Respondent/Defendant-Appellant,

and

PENISIMANI TEISINA, Petitioner and Respondent/Intervenor-Appellant,

and

MALTBIE K. NAPOLEON, Respondent/Party-In-Interest-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001024; CIVIL NO. 09-1-2529)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Pollack, and Wilson, JJ., and Circuit Judge Perkins, in place of Recktenwald, C.J., recused, and Circuit Judge Kim, in place of McKenna, J., recused)

Respondent and Petitioner/Plaintiff-Appellee Hovey B.

Lambert, Trustee Under That Hovey B. Lambert Trust, an

unrecorded Revocable Living Trust Agreement dated April 5,

2

2002's Application for Writ of Certiorari, filed on June 17, 2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 28, 2015.

Philip J. Leas and
W. Keoni Shultz
for Hovey B. Lambert

R. Steven Geshell
for Lesieli Teisina and
Penisimani Teisina

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Richard K. Perkins

/s/ Glenn J. Kim

